No. 71–3.   POPPENHEIMER ET AL. *v.* TENNESSEE ET AL. C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 71–62.   RAMIREZ *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 71–97.   ORLANDO ET AL. *v.* LAIRD, SECRETARY OF DEFENSE, ET AL.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 70–125.   CITY OF CARMEL-BY-THE-SEA *v.* PARR. Sup. Ct. Cal.   Certiorari denied.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 70–211.   J. C. PENNEY Co., INC. *v.* UNITED STATES TREASURY DEPARTMENT ET AL.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 70–5153.   THERIAULT *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 70–131.   CALIFORNIA *v.* ELLER TELECASTING COMPANY OF ARIZONA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.   MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.